1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   XINGFEI LUO,                          Case No. 8:22-cv-01640-MEMF-KES

12          Petitioner,

13   v.                                     ORDER REQUIRING RESPONSE
                                            TO STAY MOTION
14   THE PEOPLE OF CALIFORNIA,

15          Respondent.

16

17

18          In order to facilitate the just, speedy, and inexpensive determination of this

19   action, IT IS HEREBY ORDERED as follows:

20          1.     The Clerk of this Court shall promptly (a) serve electronic copies of

21   the Petition and this Order on the California Attorney General's Office; and (b)

22   serve a copy of this Order on Petitioner.

23          2.     The Clerk shall also serve Petitioner with a copy of the Consent to

24   Proceed Before a United States Magistrate Judge (Form CV-11B) along with this

25   Order.  If Petitioner wishes to exercise the consent option, she shall file a completed

26   Form CV-11B with the Clerk and serve Respondent with same **within twenty-**

27   **eight (28) days** of the service date of this Order.  Respondent shall have until the

28

1  date of the filing of the initial response to the Petition in which to exercise the

2  consent option by filing and serving a completed Form CV-11B.  **The parties are**

3  **free to withhold consent without adverse substantive consequences**.

4        3.    Respondent shall e-file and serve a Notice of Appearance that

5  designates the Deputy Attorney General(s) in charge of the case **within fourteen**

6  **(14) days** of the service date of this Order.

7        4.    Respondent shall file a response to Petitioner's Motion for Stay (Dkt.

8  13) **within thirty (30) days** of the service date of this Order.

9        5.    Petitioner may file a single reply responding to matters raised in

10  Respondent's response to the Motion for Stay **within thirty (30) days** of the date of

11  service thereof.

12        6.    To request an extension of time for any of the deadlines set forth in

13  this Order, a party must file a motion demonstrating good cause for the extension.

14  Such a motion should be filed before the deadline has expired.  Any such motion

15  should be accompanied by a declaration explaining why an extension of time is

16  necessary and by a proposed order granting the requested extension.

17        7.    Every document delivered to the Court must include a certificate of

18  service attesting that a copy of such document was served on opposing counsel (or

19  on the opposing party, if such party is not represented by counsel).  Any document

20  delivered to the Court without a certificate of service may be returned to the

21  submitting party without being considered by the Court.

22        8.    Nothing in this order prevents Petitioner from immediately filing a

23  habeas petition in state court.

24

25  DATED:  October 24, 2022

26  _Karen E. Scott_

            KAREN E. SCOTT

            United States Magistrate Judge

27

28