XINGFEI LUO

PO BOX 4886,

El Monte, CA 91734

Petitioner in Pro Se

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XINGFEI LUO,<br><br>        Petitioner,<br><br>    v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA<br><br>        Respondent. | No. 8:22-CV-01640-MEMF-KES<br><br>**STATUS REPORT**<br><br>Action filed: September 6, 2022 |

    Xingfei Luo (Petitioner) respectfully submits the following status report pursuant to this Court's December 20, 2022 order. ECF 18. The order directs Petitioner to advise the Court of the status of her exhaustion efforts and attach her new habeas petition(s) and ruling(s) thereon. ECF at 4.

    Petitioner filed a *pro se* Petition on Oct 10, 2022 for Writ of Habeas Corpus in Orange County Superior Court, *In re Luo*, M-20069, which was denied on December 28, 2022. See attachment 1.

    Petitioner filed a *pro se* Petition on Jan 5, 2023 for Writ of Habeas Corpus in Court of Appeal, *In re Luo*, G062169, which was denied on Jan 26, 2023. See attachment 2.

    Petitioner filed a *pro se* Petition on Feb 1, 2023 for Writ of Habeas Corpus in

1

1 | Supreme Court. *In re Luo*, S278439. See attachment 3.

2 |     Respectfully submitted,

3 |     Date: February 3, 2023

4 |                                                                      */s/ Xingfei Luo*

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I declare that I electronically filed the following document(s): |
| 3 | Petitioner's status report |

with the United States District Court, Central District of California. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

Executed on February 3, 2023

/s/ XINGFEI LUO

XINGFEI LUO, In Pro Per