XINGFEI LUO

PO BOX 4886,

El Monte, CA 91734

Petitioner in Pro Se

FILED
CLERK, U.S. DISTRICT COURT
04/15/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JD___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XINGFEI LUO,<br><br>　　　　Petitioner,<br><br>　v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA<br><br>　　　　Respondent. | No. 8:22-CV-01640-MEMF-KES<br><br>**REQUEST FOR JUDICIAL NOTICE**<br><br>Action filed: September 6, 2022 |

　　　Xingfei Luo (Petitioner) respectfully presents this Request for Judicial Notice (RJN) under the authority in Federal Rule of Evidence Rule 201, which states:

　　　(a) Scope. This rule governs judicial notice of an adjudicative fact only, not a legislative fact.

　　　(b) Kinds of Facts That May Be Judicially Noticed. The court may judicially notice a fact that is not subject to reasonable dispute because it:

　　　　　(1) is generally known within the trial court's territorial jurisdiction; or

　　　　　(2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

　　　(c) Taking Notice. The court:

(1) may take judicial notice on its own; or

(2) must take judicial notice if a party requests it and the court is supplied with the necessary information.

Further, per *Reyn's Pasta Bella, LLC v. Visa USA, Inc.* (9th Cir. 2006) 442 F.3d 741, 746 fn.6, this court "may take judicial notice of court filings and other matters of public record." See *Burbank, Glendale-Pasadena Airport Auth. v. City of Burbank*, (9th Cir. 1998)136 F. 3d 1360, 1364.

Petitioner hereby requests that this Court take judicial notice of the following documents under Federal Rules of Evidence Rule 201:

1. Citation issued by Newport Beach Police Department, filed on July 3, 2018, with Orange County Superior Court in Case No. NBE00026548, and is attached hereto as Exhibit 1. According to the citation, on June 22, 2018, less than two months before Tomas Czodor connected with Petitioner through an online dating app, he drove a 2013 BMW 3 series that was registered under his wife's name. The manufacturer's suggested retail price of a 2013 BMW 3 series was approximately between $35,000 and $45,000. This 2013 BMW 3 series was not the only vehicle the couple owned in 2018.

2. Tax returns between 2014 and 2019 of Hanh Le (the wife of Tomas Czodor), filed with IRS, and are attached hereto as Exhibit 2. According to the net profits reflected on the returns, Hanh Le – a self-employed person – was as poor as her husband like a church mouse. However, these church mice were able to afford the mortgage of their house and cars loans. See ECF 6, p. 139.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

Respectfully submitted,

Date: April 15, 2023

*/s/ Xingfei Luo*

2

**CERTIFICATE OF SERVICE**

    I declare that I electronically filed the foregoing with the United States District Court, Central District of California. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

    I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

    Executed on April 15, 2023

                                            /s/ *XINGFEI LUO*

                                            XINGFEI LUO, In Pro Per

EXHIBIT 1

# NEWPORT BEACH POLICE DEPARTMENT

**NBE00026548**

## NOTICE TO APPEAR

☐ MISDEMEANOR
☒ Traffic  ☐ Non-traffic

| Date of Violation | Time | Day of Week | Case No |
|---|---|---|---|
| 6/22/2018 | 09:10 AM | Friday | |

**Name (First, Middle, Last):** TOMAS CZODOR
☐ Owner's Responsibility (Veh. Code, § 40001)

**Address:** 2521 NORTH JACARANDA STREET

| City | State | ZIP Code | Juvenile (Phone) |
|---|---|---|---|
| SANTA ANA | CA | 92705 | ☐ |

| Driver Lic No. | State | Class | Commercial | Age | Birth Date |
|---|---|---|---|---|---|
| D7955320 | CA | C | ☐ Yes ☒ No | 36 | 4/19/1982 |

| Sex | Hair | Eyes | Height | Weight | Race |
|---|---|---|---|---|---|
| M | BRN | BRN | 602 | 195 | W |

☐ COMMERCIAL VEHICLE (Veh. Code, § 15210(b))

| Veh. Lic. No. / VIN | State |
|---|---|
| 7EJP162 | CA |

| Yr. of Veh. | Make | Model | Body Style | Color |
|---|---|---|---|---|
| 2013 | BMW | 3 SERIES | 4D | BLK |

☐ HAZARDOUS MATERIAL (Veh. Code, § 353)

**Trailer LP:** | **State:**

**Evidence of Financial Responsibility:**

**Registered Owner or Lessee:** HANH LE  ☐ Same as Driver

**Address:**  ☒ Same as Driver

**City:** | **State:** | **ZIP Code:**

| Correctable Violation (Veh. Code, § 40610) | | ☐ Booking Required (See Bottom of Citation) | Misdemeanor or Infraction |
|---|---|---|---|
| Yes ☐ | No ☒ | Code and Section: VC21461(a)  Description: (I) FAILURE TO OBEY TRAFFIC CONTROL SIGN. | M ☐  I ☒ |

| Speed Approx. | P.F./Max Spd. | Veh. Lmt. | Safe |
|---|---|---|---|
| 10 MPH | | | |

**Location of Violation(s):** VIA LIDO AT NEWPORT BL
**City/County of Occurrence:** Newport Beach
☐ Bicycle
☐ Pedestrian

**Dir. or Travel:** E  **Lane Number:**

| Traffic: Medium | Weather: Clear | Accident: NO | Const. Zone: NO | Sch. Zone: NO |
|---|---|---|---|---|
| Light: Daylight | Surface: Dry | Priv Property: NO | Safety Zone: NO | |

☐ Violations not committed in my presence, declared on information and belief.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 6/22/2018 | J. YIM | 1146 |
|---|---|---|
| Dec. Date | Arresting or Citing Officer | Serial No. |

KIOSK 7

EXHIBIT 2

| | | |
|---|---|---|
| **SCHEDULE C** (Form 1040) | **Profit or Loss From Business** (Sole Proprietorship) | OMB No. 1545-0074 **2014** |
| Department of the Treasury Internal Revenue Service (99) | ► Information about Schedule C and its separate instructions is at *www.irs.gov/schedulec*. ► Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065. | Attachment Sequence No. **09** |

Name of proprietor: **HANH LE**

Social security number (SSN): [redacted]

**A** Principal business or profession, including product or service (see instructions)
**NAILS SALON**

**B** Enter code from instructions ► **812113**

**C** Business name. If no separate business name, leave blank.
**GLOSSY NAILS**

**D** Employer ID number (EIN), (see instr.)

**E** Business address (including suite or room no.) ► **5965 WARNER AVE**
City, town or post office, state, and ZIP code **HUNTINGTON BEACH    CA    92649**

**F** Accounting method: (1) ☑ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ► _____

**G** Did you "materially participate" in the operation of this business during 2014? If "No," see instructions for limit on losses . ☑ Yes  ☐ No

**H** If you started or acquired this business during 2014, check here . . . . . . . . . . . . . . ► ☐

**I** Did you make any payments in 2014 that would require you to file Form(s) 1099? (see instructions) . . . . . . . ☐ Yes  ☑ No

**J** If "Yes," did you or will you file required Forms 1099? . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

### Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . . . . . ► ☐ | 1 | 10538 |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 10538 |
| 4 | Cost of goods sold (from line 42) . . . . . . . . . . . . . . . . . . . . . | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . | 5 | 10538 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . . . | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . ► | 7 | 10538 |

### Part II  Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising . . . . . | 8 | | 18 | Office expense (see instructions) | 18 | |
| 9 | Car and truck expenses (see instructions) . . . . | 9 | 925 | 19 | Pension and profit-sharing plans . | 19 | |
| | | | | 20 | Rent or lease (see instructions): | | |
| 10 | Commissions and fees . | 10 | | a | Vehicles, machinery, and equipment | 20a | |
| 11 | Contract labor (see instructions) | 11 | | b | Other business property . . . | 20b | |
| 12 | Depletion . . . . . | 12 | | 21 | Repairs and maintenance . . . | 21 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . . . . | 13 | | 22 | Supplies (not included in Part III) . | 22 | 658 |
| | | | | 23 | Taxes and licenses . . . . | 23 | 95 |
| | | | | 24 | Travel, meals, and entertainment: | | |
| | | | | a | Travel . . . . . . . . | 24a | |
| 14 | Employee benefit programs (other than on line 19) . . | 14 | | b | Deductible meals and entertainment (see instructions) . | 24b | |
| 15 | Insurance (other than health) | 15 | | 25 | Utilities . . . . . . . | 25 | |
| 16 | Interest: | | | 26 | Wages (less employment credits) . | 26 | |
| a | Mortgage (paid to banks, etc.) . | 16a | | 27a | Other expenses (from line 48) . . | 27a | 1128 |
| b | Other . . . . . | 16b | | b | Reserved for future use . . . | 27b | |
| 17 | Legal and professional services | 17 | | | | | |
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a . . . . . ► | | | | | 28 | 2806 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . | | | | | 29 | 7732 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions). Simplified method filers only: enter the total square footage of: (a) your home: _____ and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 . . . . . . . . . . | | | | | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. • If a profit, enter on both **Form 1040, line 12** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.** • If a loss, you **must** go to line 32. | | | | | 31 | 7732 |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions). • If you checked 32a, enter the loss on both **Form 1040, line 12,** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.** • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | | | | 32a ☐ All investment is at risk. 32b ☐ Some investment is not at risk. | | |

**For Paperwork Reduction Act Notice, see the separate instructions.**     Cat. No. 11334P     Schedule C (Form 1040) 2014

| SCHEDULE C (Form 1040) | Profit or Loss From Business (Sole Proprietorship) | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury  Internal Revenue Service (99) | ▶ Information about Schedule C and its separate instructions is at *www.irs.gov/schedulec*.  ▶ Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065. | 2015  Attachment Sequence No. 09 |

| Name of proprietor | Social security number (SSN) |
|---|---|
| HANH LE | |

| | A | Principal business or profession, including product or service (see instructions) | B | Enter code from instructions |
|---|---|---|---|---|
| | | NAILS SALON | | ▶ 812113 |

| C | Business name. If no separate business name, leave blank. | D | Employer ID number (EIN), (see instr.) |
|---|---|---|---|

E   Business address (including suite or room no.) ▶
    City, town or post office, state, and ZIP code

F   Accounting method:   (1) ☑ Cash   (2) ☐ Accrual   (3) ☐ Other (specify) ▶
G   Did you "materially participate" in the operation of this business during 2015? If "No," see instructions for limit on losses . ☑ Yes  ☐ No
H   If you started or acquired this business during 2015, check here . . . . . . . . . . . . . . . . . ▶ ☐
I   Did you make any payments in 2015 that would require you to file Form(s) 1099? (see instructions) . . . . . . . . ☐ Yes ☑ No
J   If "Yes," did you or will you file required Forms 1099? . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

**Part I   Income**

| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . . . . ▶ ☐ | 1 | 15282 |
|---|---|---|---|
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 15282 |
| 4 | Cost of goods sold (from line 42) . . . . . . . . . . . . . . . . . . . . . . . . | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . . | 5 | 15282 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . . . | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . . . ▶ | 7 | 15282 |

**Part II   Expenses.** Enter expenses for business use of your home **only** on line 30.

| 8 | Advertising . . . . . . | 8 | | 18 | Office expense (see instructions) | 18 | 1250 |
|---|---|---|---|---|---|---|---|
| 9 | Car and truck expenses (see instructions) . . . . . | 9 | 726 | 19 | Pension and profit-sharing plans . | 19 | |
| | | | | 20 | Rent or lease (see instructions): | | |
| 10 | Commissions and fees . | 10 | | a | Vehicles, machinery, and equipment | 20a | |
| 11 | Contract labor (see instructions) | 11 | | b | Other business property . . . | 20b | |
| 12 | Depletion . . . . . | 12 | | 21 | Repairs and maintenance . . . | 21 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . . . . | 13 | | 22 | Supplies (not included in Part III) . | 22 | 2852 |
| | | | | 23 | Taxes and licenses . . . . . | 23 | 55 |
| | | | | 24 | Travel, meals, and entertainment: | | |
| | | | | a | Travel . . . . . . . . . | 24a | |
| 14 | Employee benefit programs (other than on line 19) . . | 14 | | b | Deductible meals and entertainment (see instructions) . | 24b | |
| 15 | Insurance (other than health) | 15 | | 25 | Utilities . . . . . . . . | 25 | |
| 16 | Interest: | | | 26 | Wages (less employment credits) . | 26 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 27a | Other expenses (from line 48) . . | 27a | 1656 |
| b | Other . . . . . . | 16b | | b | Reserved for future use . . . | 27b | |
| 17 | Legal and professional services | 17 | | | | | |

| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a . . . . . ▶ | 28 | 6539 |
|---|---|---|---|
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . . | 29 | 8743 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions).  **Simplified method filers only:** enter the total square footage of: (a) your home: _____ and (b) the part of your home used for business: _____ . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 . . . . . . . . . | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | | |
| | • If a profit, enter on both **Form 1040, line 12** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.** | 31 | 8743 |
| | • If a loss, you **must** go to line 32. | | |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions).  • If you checked 32a, enter the loss on both **Form 1040, line 12,** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.**  • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | 32a ☐ All investment is at risk.  32b ☐ Some investment is not at risk. | |

For Paperwork Reduction Act Notice, see the separate instructions.    Cat. No. 11334P    Schedule C (Form 1040) 2015

**SCHEDULE C (Form 1040)**
Department of the Treasury
Internal Revenue Service (99)

**Profit or Loss From Business**
(Sole Proprietorship)
▶ Information about Schedule C and its separate instructions is at *www.irs.gov/schedulec*.
▶ Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065.

OMB No. 1545-0074
**2016**
Attachment Sequence No. **09**

**Name of proprietor:** HANH LE
**Social security number (SSN):** [redacted]

**A** Principal business or profession, including product or service (see instructions): NAILS SALON
**B** Enter code from instructions: ▶ 812113
**C** Business name. If no separate business name, leave blank.
**D** Employer ID number (EIN), (see instr.)
**E** Business address (including suite or room no.) ▶
City, town or post office, state, and ZIP code
**F** Accounting method: (1) ☑ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ▶
**G** Did you "materially participate" in the operation of this business during 2016? If "No," see instructions for limit on losses  ☑ Yes ☐ No
**H** If you started or acquired this business during 2016, check here ▶ ☐
**I** Did you make any payments in 2016 that would require you to file Form(s) 1099? (see instructions) ☐ Yes ☑ No
**J** If "Yes," did you or will you file required Forms 1099? ☐ Yes ☐ No

### Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked ▶ ☐ | 1 | 9758 |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 9758 |
| 4 | Cost of goods sold (from line 42) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 9758 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 ▶ | 7 | 9758 |

### Part II  Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 18 | Office expense (see instructions) | 18 | |
| 9 | Car and truck expenses (see instructions) | 9 | 676 | 19 | Pension and profit-sharing plans | 19 | |
| | | | | 20 | Rent or lease (see instructions): | | |
| 10 | Commissions and fees | 10 | | a | Vehicles, machinery, and equipment | 20a | |
| 11 | Contract labor (see instructions) | 11 | | b | Other business property | 20b | |
| 12 | Depletion | 12 | | 21 | Repairs and maintenance | 21 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 22 | Supplies (not included in Part III) | 22 | 1658 |
| | | | | 23 | Taxes and licenses | 23 | |
| | | | | 24 | Travel, meals, and entertainment: | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | a | Travel | 24a | |
| 15 | Insurance (other than health) | 15 | | b | Deductible meals and entertainment (see instructions) | 24b | |
| 16 | Interest: | | | 25 | Utilities | 25 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) | 26 | |
| b | Other | 16b | | 27a | Other expenses (from line 48) | 27a | 1042 |
| 17 | Legal and professional services | 17 | | b | Reserved for future use | 27b | |
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a ▶ | | | | | 28 | 3376 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | | | | 29 | 6382 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions). **Simplified method filers only:** enter the total square footage of: (a) your home: _____ and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | | | | | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | | | | | | |
| | • If a profit, enter on both **Form 1040, line 12** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.** | | | | | 31 | 6382 |
| | • If a loss, you **must** go to line 32. | | | | | | |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions). | | | | | | |
| | • If you checked 32a, enter the loss on both **Form 1040, line 12,** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.** | | | 32a ☐ All investment is at risk. | | | | |
| | • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | | | 32b ☐ Some investment is not at risk. | | | | |

For Paperwork Reduction Act Notice, see the separate instructions.    Cat. No. 11334P    Schedule C (Form 1040) 2016

| SCHEDULE C (Form 1040) | Profit or Loss From Business (Sole Proprietorship) | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ Go to *www.irs.gov/ScheduleC* for instructions and the latest information.<br>▶ Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065. | 2017<br>Attachment Sequence No. 09 |

**Name of proprietor:** HANH LE

**Social security number (SSN):**

**A** Principal business or profession, including product or service (see instructions): NAILS SALON

**B** Enter code from instructions ▶ 812113

**C** Business name. If no separate business name, leave blank.

**D** Employer ID number (EIN) (see instr.)

**E** Business address (including suite or room no.) ▶
City, town or post office, state, and ZIP code

**F** Accounting method: (1) ☑ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2017? If "No," see instructions for limit on losses . ☑ Yes ☐ No

**H** If you started or acquired this business during 2017, check here . . . . . . . . . . . . . . . . ▶ ☐

**I** Did you make any payments in 2017 that would require you to file Form(s) 1099? (see instructions) . . . . . . . ☐ Yes ☑ No

**J** If "Yes," did you or will you file required Forms 1099? . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

### Part I  Income

| | | |
|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . . . . ▶ ☐  **1** | 10606 |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . .  **2** | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . .  **3** | 10606 |
| 4 | Cost of goods sold (from line 42) . . . . . . . . . . . . . . . . . . . . . . **4** | |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . **5** | 10606 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . . . **6** | |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . ▶ **7** | 10606 |

### Part II  Expenses. Enter expenses for business use of your home **only** on line 30.

| 8 | Advertising . . . . . | 8 | | 18 | Office expense (see instructions) | 18 | 685 |
|---|---|---|---|---|---|---|---|
| 9 | Car and truck expenses (see instructions) . . . . . | 9 | | 19 | Pension and profit-sharing plans . | 19 | |
| 10 | Commissions and fees . | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion . . . . . | 12 | | b | Other business property . . . | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions). . . . . | 13 | | 21 | Repairs and maintenance . . . | 21 | |
| | | | | 22 | Supplies (not included in Part III) . | 22 | 1489 |
| | | | | 23 | Taxes and licenses . . . . . | 23 | 95 |
| | | | | 24 | Travel, meals, and entertainment: | | |
| 14 | Employee benefit programs (other than on line 19) . . | 14 | | a | Travel . . . . . . . . . | 24a | |
| | | | | b | Deductible meals and entertainment (see instructions) . | 24b | |
| 15 | Insurance (other than health) | 15 | | 25 | Utilities . . . . . . . . | 25 | |
| 16 | Interest: | | | 26 | Wages (less employment credits) . | 26 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 27a | Other expenses (from line 48) . . | 27a | 1593 |
| b | Other . . . . . | 16b | | b | Reserved for future use . . . | 27b | |
| 17 | Legal and professional services | 17 | 145 | | | | |

| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a . . . . . ▶ | **28** | 4007 |
|---|---|---|---|
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . | **29** | 6599 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions).<br>**Simplified method filers only:** enter the total square footage of: (a) your home: _____ and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 . . . . . . . . | **30** | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.<br>• If a profit, enter on both **Form 1040, line 12** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.**<br>• If a loss, you **must** go to line 32. | **31** | 6599 |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions).<br>• If you checked 32a, enter the loss on both **Form 1040, line 12,** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.**<br>• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | 32a ☐ All investment is at risk.<br>32b ☐ Some investment is not at risk. | |

**For Paperwork Reduction Act Notice, see the separate instructions.**   Cat. No. 11334P   Schedule C (Form 1040) 2017

# SCHEDULE C (Form 1040)

Department of the Treasury
Internal Revenue Service (99)

## Profit or Loss From Business
(Sole Proprietorship)

▶ Go to *www.irs.gov/ScheduleC* for instructions and the latest information.
▶ Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065.

OMB No. 1545-0074
**2018**
Attachment Sequence No. **09**

**Name of proprietor:** HANH LE

**Social security number (SSN):** [redacted]

| | | |
|---|---|---|
| A | Principal business or profession, including product or service (see instructions) NAILS SALON | B Enter code from instructions ▶ 812113 |
| C | Business name. If no separate business name, leave blank. | D Employer ID number (EIN) (see instr.) |
| E | Business address (including suite or room no.) ▶ _____ City, town or post office, state, and ZIP code | |
| F | Accounting method: (1) ☑ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ▶ _____ | |
| G | Did you "materially participate" in the operation of this business during 2018? If "No," see instructions for limit on losses | ☑ Yes ☐ No |
| H | If you started or acquired this business during 2018, check here | ☐ |
| I | Did you make any payments in 2018 that would require you to file Form(s) 1099? (see instructions) | ☐ Yes ☑ No |
| J | If "Yes," did you or will you file required Forms 1099? | ☐ Yes ☐ No |

## Part I  Income

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked ▶ ☐ | 1 | 9066 |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 9066 |
| 4 | Cost of goods sold (from line 42) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 9066 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 ▶ | 7 | 9066 |

## Part II  Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---:|---|---|---|---|---:|
| 8 | Advertising | 8 | | 18 | Office expense (see instructions) | 18 | 625 |
| 9 | Car and truck expenses (see instructions) | 9 | 1091 | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | | b | Other business property | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 21 | Repairs and maintenance | 21 | |
| | | | | 22 | Supplies (not included in Part III) | 22 | 852 |
| | | | | 23 | Taxes and licenses | 23 | 55 |
| | | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | a | Travel | 24a | |
| 15 | Insurance (other than health) | 15 | | b | Deductible meals (see instructions) | 24b | |
| 16 | Interest (see instructions): | | | 25 | Utilities | 25 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) | 26 | |
| b | Other | 16b | | 27a | Other expenses (from line 48) | 27a | 1170 |
| 17 | Legal and professional services | 17 | 125 | b | Reserved for future use | 27b | |
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a ▶ | | | | | 28 | 3918 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | | | | 29 | 5148 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions). **Simplified method filers only:** enter the total square footage of: (a) your home: _____ and (b) the part of your home used for business: _____ . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | | | | | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. • If a profit, enter on both **Schedule 1 (Form 1040), line 12** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.** • If a loss, you **must** go to line 32. | | | | | 31 | 5148 |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions). • If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 12** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.** • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | | | | | 32a ☐ All investment is at risk. 32b ☐ Some investment is not at risk. | |

**For Paperwork Reduction Act Notice, see the separate instructions.**  Cat. No. 11334P  Schedule C (Form 1040) 2018

# SCHEDULE C
**(Form 1040 or 1040-SR)**

Department of the Treasury
Internal Revenue Service (99)

## Profit or Loss From Business
*(Sole Proprietorship)*

▶ Go to *www.irs.gov/ScheduleC* for instructions and the latest information.
▶ Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships generally must file Form 1065.

OMB No. 1545-0074

**2019**

Attachment Sequence No. **09**

**Name of proprietor:** HANH LE

**Social security number (SSN):**

| | | |
|---|---|---|
| A | Principal business or profession, including product or service (see instructions) — NAILS SALON | B Enter code from instructions — **812113** |
| C | Business name. If no separate business name, leave blank. | D Employer ID number (EIN) (see instr.) |
| E | Business address (including suite or room no.) ▶ | |
|   | City, town or post office, state, and ZIP code | |
| F | Accounting method: (1) ☑ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ▶ | |
| G | Did you "materially participate" in the operation of this business during 2019? If "No," see instructions for limit on losses | ☑ Yes  ☐ No |
| H | If you started or acquired this business during 2019, check here | ☐ |
| I | Did you make any payments in 2019 that would require you to file Form(s) 1099? (see instructions) | ☐ Yes  ☑ No |
| J | If "Yes," did you or will you file required Forms 1099? | ☐ Yes  ☐ No |

### Part I — Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked ▶ ☐ | 1 | 8479 |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 8479 |
| 4 | Cost of goods sold (from line 42) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 8479 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 ▶ | 7 | 8479 |

### Part II — Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 18 | Office expense (see instructions) | 18 | |
| 9 | Car and truck expenses (see instructions) | 9 | 1327 | 19 | Pension and profit-sharing plans | 19 | |
| | | | | 20 | Rent or lease (see instructions): | | |
| 10 | Commissions and fees | 10 | | a | Vehicles, machinery, and equipment | 20a | |
| 11 | Contract labor (see instructions) | 11 | | b | Other business property | 20b | |
| 12 | Depletion | 12 | | 21 | Repairs and maintenance | 21 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 22 | Supplies (not included in Part III) | 22 | 650 |
| | | | | 23 | Taxes and licenses | 23 | 50 |
| | | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | a | Travel | 24a | |
| 15 | Insurance (other than health) | 15 | | b | Deductible meals (see instructions) | 24b | |
| 16 | Interest (see instructions): | | | 25 | Utilities | 25 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) | 26 | |
| b | Other | 16b | | 27a | Other expenses (from line 48) | 27a | 1317 |
| 17 | Legal and professional services | 17 | | b | Reserved for future use | 27b | |
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a ▶ | | | | | 28 | 3344 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | | | | 29 | 5135 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions). **Simplified method filers only:** enter the total square footage of: (a) your home: _____ and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | | | | | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | | | | | 31 | 5135 |
| | • If a profit, enter on both **Schedule 1 (Form 1040 or 1040-SR), line 3** (or **Form 1040-NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.** | | | | | | |
| | • If a loss, you **must** go to line 32. | | | | | | |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions). | | | | | | |
| | • If you checked 32a, enter the loss on both **Schedule 1 (Form 1040 or 1040-SR), line 3** (or **Form 1040-NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.** | | | | | 32a | ☐ All investment is at risk. |
| | • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | | | | | 32b | ☐ Some investment is not at risk. |

**For Paperwork Reduction Act Notice, see the separate instructions.**     Cat. No. 11334P     Schedule C (Form 1040 or 1040-SR) 2019