XINGFEI LUO

PO BOX 4886,

El Monte, CA 91734

Petitioner in Pro Se

FILED
CLERK, U.S. DISTRICT COURT
MAY 18, 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: JD  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XINGFEI LUO, <br><br> Petitioner, <br><br> v. <br><br> THE PEOPLE OF THE STATE OF CALIFORNIA <br><br> Respondent. | No. 8:22-CV-01640-MEMF-KES <br><br> **SUPPLEMENT TO PETITION FOR WRIT OF HABEAS CORPUS** <br><br> Action filed: September 6, 2022 |

  Xingfei Luo (Petitioner) respectfully presents this supplement to Appendix to Petition for Writ of Habeas Corpus. ECF 2.

  On July 26, 2021, Count 2 was amended from allegation of coming within 100 yards of the protected person to failure to deactivate website and created new websites. CT 66.

  The trial court erred in giving a jury instruction unrelated to what Petitioner was charged for. CT 146. The instruction was fundamentally incorrect because it referred to a written order that the defendant not contact, send any messages to, follow, or disturb the peace of the protected person, Tomas Czodor, not the websites that Petitioner was charged for. At trial, there was no evidence showing that Petitioner ever contacted, sent any messages to, followed, or disturbed the peace of the protected person, Tomas Czodor in

1 violation of any court order.

2 Petitioner received ineffective assistance of counsel both at trial and on appeal. Petitioner's trial counsel failed to object to the incorrect jury instruction and Petitioner's appellate counsel failed to raise the issue on appeal.

Respectfully submitted,

Date: May 18, 2023

/s/ Xingfei Luo

**CERTIFICATE OF SERVICE**

    I declare that I electronically filed the foregoing with the United States District Court, Central District of California. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

    I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

    Executed on May 18, 2023

                                              */s/ XINGFEI LUO*

                                              XINGFEI LUO, In Pro Per