XINGFEI LUO

PO BOX 4886,

El Monte, CA 91734

Petitioner in Pro Se

FILED
CLERK, U.S. DISTRICT COURT
MAY 19, 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: JD  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XINGFEI LUO, <br>     Petitioner, <br> v. <br> THE PEOPLE OF THE STATE OF CALIFORNIA <br>     Respondent. | No. 8:22-CV-01640-MEMF-KES <br><br> **STATUS REPORT** <br><br> Action filed: September 6, 2022 |

    Xingfei Luo (Petitioner) respectfully submits the following status report pursuant to this Court's December 20, 2022 order. ECF 18. The order directs Petitioner to advise the Court of the status of her exhaustion efforts and attach her new habeas petition(s) and ruling(s) thereon. ECF 18 at 4.

    On May 17, 2023 California Supreme Court denied Petitioner's Petition for Writ of Habeas Corpus. *In re Luo*, S278439. See attachment 1.

    Respectfully submitted,

    Date: May 19, 2023

                                                                                       */s/ Xingfei Luo*

**CERTIFICATE OF SERVICE**

    I declare that I electronically filed the forgoing with the United States District Court, Central District of California. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

    I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

    Executed on May 19, 2023

                                    */s/ XINGFEI LUO*

                                    XINGFEI LUO, In Pro Per

Attachment 1

SUPREME COURT
FILED

MAY 17 2023

Jorge Navarrete Clerk

_____
Deputy

S278439

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

In re XINGFEI LUO on Habeas Corpus

The petition for writ of habeas corpus is denied.

GUERRERO
*Chief Justice*