**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:22-cv-01640-MEMF-KES                                                                 Date: June 5, 2023

Title: XINGFEI LUO v. THE PEOPLE OF CALIFORNIA

---

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|:---:|:---:|
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PETITIONER: | ATTORNEYS PRESENT FOR RESPONDENT: |
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):**     Order REGARDING LEAVE TO AMEND MOTION (Dkt. 29)

On June 4, 2023, Petitioner moved for leave to amend. (Dkt. 29.) Her motion includes a proposed first amended section 2254 petition. (Dkt. 29-1.) **By June 20, 2023, Respondent shall respond to that motion.**

Initials of Deputy Clerk <u>JD</u>