1  ROB BONTA
   Attorney General of California
2  CHARLES C. RAGLAND
   Senior Assistant Attorney General
3  CHRISTOPHER P. BEESLEY
   Supervising Deputy Attorney General
4  MICHAEL D. BUTERA
   Deputy Attorney General
5  State Bar No. 295601
    600 West Broadway, Suite 1800
6   San Diego, CA 92101
    P.O. Box 85266
7   San Diego, CA 92186-5266
    Telephone:  (619) 738-9054
8   Fax:  (619) 645-2044
    E-mail:  Michael.Butera@doj.ca.gov
9  *Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **XINGFEI LUO,**<br><br>    Petitioner,<br><br>    v.<br><br>**THE PEOPLE OF THE STATE OF CALIFORNIA,**<br><br>    Respondent. | Case No. 8:22-cv-01640-MEMF-KES<br><br>**NOTICE OF LODGMENT IN 28 U.S.C. § 2254 HABEAS CORPUS CASE**<br><br>*TO BE SENT TO CLERK'S OFFICE*<br><br>Judge:    The Honorable Karen E. Scott<br>Action Filed: 9/06/2022 |

Respondent requests that the following documents be lodged with the Court:

1.   Petition for Writ of Habeas Corpus in Orange County Superior Court case number M-20069, filed October 10, 2022.

2.   Order denying Petition for Writ of Habeas Corpus in Orange County Superior Court case number M-20069, filed December 28, 2022.

3. Petition for Writ of Habeas Corpus in California Fourth District Court of Appeal case number G062169, filed January 5, 2023.

4. Order denying Petition for Writ of Habeas Corpus in California Fourth District Court of Appeal case number G062169, filed January 26, 2023.

5. Petition for Writ of Habeas Corpus in California Supreme Court case number S278439, filed February 1, 2023.

6. Supplement to Petition for Writ of Habeas Corpus in California Supreme Court case number S278439, filed April 5, 2023.

7. Order denying Petition for Writ of Habeas Corpus in California Supreme Court case number S278439, filed May 17, 2023.

Because these lodged documents are copies, Respondent does not request that they be returned.

Dated: November 15, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
CHARLES C. RAGLAND
Senior Assistant Attorney General
CHRISTOPHER P. BEESLEY
Supervising Deputy Attorney General


*/s/ Michael D. Butera*
MICHAEL D. BUTERA
Deputy Attorney General
*Attorneys for Respondent*

SD2022802632
84245491.docx

# CERTIFICATE OF SERVICE

Case Name:  **Luo v. The People of the State of California**    No.  **8:22-cv-01640-MEMF-KES**

I hereby certify that on <u>November 15, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## NOTICE OF LODGMENT IN 28 U.S.C. § 2254 HABEAS CORPUS CASE

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>November 15, 2023</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Xingfei Luo
P.O. Box 4886
El Monte, CA 91734
*Petitioner in Pro Se*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>November 15, 2023</u>, at San Diego, California.

|  K. Yeoun  |  /s/ K. Yeoun  |
|---|---|
|  Declarant  |  Signature  |

SD2022802632
84245964.docx