Case 8:22-cv-01640-MEMF-KES   Document 51-4   Filed 11/15/23   Page 1 of 1   Page ID #:2366

8:22-cv-01640-MEMF-KES
Lodgment No. 4

Court of Appeal, Fourth Appellate District, Division Three
Kevin J. Lane, Clerk/Executive Officer
Electronically FILED on 1/26/2023 by M. Castaneda, Deputy Clerk

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FOURTH APPELLATE DISTRICT

DIVISION THREE

| In re XINGFEI LUO<br><br>on Habeas Corpus. | G062169<br><br>(Super. Ct. No. 19CM06724)<br><br>O R D E R |
|---|---|

THE COURT:*

    The petition for a writ of habeas corpus is DENIED.

                                      SANCHEZ, ACTING P. J.

*   Before Sanchez, Acting P. J., Moore, J., and Delaney, J.