Supreme Court of California
Jorge E. Navarrete, Clerk and Executive Officer of the Court
Electronically RECEIVED on 4/5/2023 10:36:23 PM

# IN THE SUPREME COURT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| XINGFEI LUO,<br>Petitioner and Defendant,<br><br>v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br>Respondent and Plaintiff. | SUPREME COURT<br>No. S278439<br><br>Superior Court<br>No. 19CM06724 |

### SUPERIOR COURT OF ORANGE COUNTY
### CASE No. 19CM06724

Honorable Robert A Knox, Judge
_____

### SUPPLEMENT TO PETITION FOR
### WRIT OF HABEAS CORPUS
_____

Xingfei Luo (Petitioner) respectfully submits this supplement to her petition for a writ of habeas corpus:

On July 26, 2021, Count 2 was amended from allegation of coming within 100 yards of the protected person to failure to deactivate website and created new websites. CT 66.

The trial court erred in giving a jury instruction unrelated to what Petitioner was charged for. CT 146. The instruction was fundamentally

incorrect because it referred to a written order that the defendant not contact, send any messages to, follow, or disturb the peace of the protected person, Tomas Czodor, not the websites that Petitioner was charged for. At trial, there was no evidence showing that Petitioner ever contacted, sent any messages to, followed, or disturbed the peace of the protected person, Tomas Czodor in violation of any court order.

      Petitioner received ineffective assistance of counsel both at trial and on appeal. Petitioner's trial counsel failed to object to the incorrect jury instruction and Petitioner's appellate counsel failed to raise the issue on appeal.

Dated: April 5, 2023            Respectfully submitted,

                                            */s/ Xingfei Luo*
                                            Petitioner and Defendant, In Pro Per

Case 8:22-cv-01640-MEMF-KES    Document 51-6    Filed 11/15/23    Page 3 of 4    Page ID #:2452

Supreme Court of California
Jorge E. Navarrete, Clerk and Executive Officer of the Court
Electronically RECEIVED on 4/5/2023 10:36:23 PM

APP-009

# PROOF OF SERVICE (Court of Appeal)
[x] Mail    [ ] Personal Service

**Notice: This form may be used to provide proof that a document has been served in a proceeding in the Court of Appeal. Please read** *Information Sheet for Proof of Service (Court of Appeal)* **(form APP-009-INFO) before completing this form. Do not use this form for proof of electronic service. See form APP-009E.**

Case Name: In Re Luo

Court of Appeal Case Number:

Superior Court Case Number: 19CM06724

1. At the time of service I was at least 18 years of age and **not a party to this legal action.**

2. My [ ] residence [x] business address is *(specify)*:
   1010 Scott St, San Gabriel, CA 91776

3. I mailed or personally delivered a copy of the following document as indicated below *(fill in the name of the document you mailed or delivered and complete either a or b):*
   SUPPLEMENT TO PETITION FOR WRIT OF HABEAS CORPUS WITH EXHIBITS

   a. [x] **Mail.** I mailed a copy of the document identified above as follows:

      (1) I enclosed a copy of the document identified above in an envelope or envelopes **and**

         (a) [x] **deposited** the sealed envelope(s) with the U.S. Postal Service, with the postage fully prepaid.

         (b) [ ] **placed** the envelope(s) for collection and mailing on the date and at the place shown in items below, following our ordinary business practices. I am readily familiar with this business's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope(s) with postage fully prepaid.

      (2) Date mailed: 4/5/2023

      (3) The envelope was or envelopes were addressed as follows:

         (a) Person served:
            (i) Name: Orange County District Attorney's Office
            (ii) Address:
               700 Civic Center Drive West
               Santa Ana, CA 92701

         (b) Person served:
            (i) Name: MICHAEL D. BUTERA - Deputy Attorney General
            (ii) Address:
               600 West Broadway, Suite 1800
               San Diego, CA 92101

         (c) Person served:
            (i) Name: Orange County Superior Court Honorable Robert A Knox
            (ii) Address:
               700 W Civic Center Dr,
               Santa Ana, CA 92701

      [ ] Additional persons served are listed on the attached page *(write "APP-009, Item 3a" at the top of the page).*

      (4) I am a resident of or employed in the county where the mailing occurred. The document was mailed from (city and state): El Monte, CA

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
APP-009 [Rev. January 1, 2017]

**PROOF OF SERVICE**
**(Court of Appeal)**

www.courts.ca.gov

**APP-009**

| Case Name: In Re Luo | Court of Appeal Case Number: |
| | Superior Court Case Number: 19CM06724 |

3. b. ☐ **Personal delivery.** I personally delivered a copy of the document identified above as follows:

   (1) Person served:
      (a) Name:
      (b) Address where delivered:

      (c) Date delivered:
      (d) Time delivered:

   (2) Person served:
      (a) Name:
      (b) Address where delivered:

      (c) Date delivered:
      (d) Time delivered:

   (3) Person served:
      (a) Name:
      (b) Address where delivered:

      (c) Date delivered:
      (d) Time delivered:

☐ Names and addresses of additional persons served and delivery dates and times are listed on the attached page *(write "APP-009, Item 3b" at the top of the page)*.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 4/5/2023

Selina Tang
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)

▶ *[signature]*
(SIGNATURE OF PERSON COMPLETING THIS FORM)