S278439

# IN THE SUPREME COURT OF CALIFORNIA

### En Banc

_____

In re XINGFEI LUO on Habeas Corpus.
_____

The petition for writ of habeas corpus is denied.

_____

*Chief Justice*