1  XINGFEI LUO

2  PO BOX 4886,

3  El Monte, CA 91734

4

5  Petitioner in Pro Se

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  XINGFEI LUO,                    No. 8:22-CV-01640-MEMF-KES

12           Petitioner,

13      v.                          **REQUEST FOR CLARIFICATION**

14  THE PEOPLE OF THE STATE OF
    CALIFORNIA
15                                  Action filed: September 6, 2022

16           Respondent.

17

18      Xingfei Luo (Petitioner) respectfully requests for the court's clarification of the

19  February 27, 2024 order inviting supplemental answer. ECF 61.

20      This Court's February 6, 2024 order invites Petitioner to clarify her Claim 35. ECF

21  58. Petitioner filed her response on February 22, 2024. ECF 60. In her response, Petitioner

22  clarifies that Claim 35 involves both IAC and due process claims. See ECF 60 at 1-2.

23  However, in the court's order inviting supplemental answer, the order states that Claim 35

24  is an ineffective assistance of counsel claim ***only***. Petitioner respectfully seeks the court's

25  clarification regarding this discrepancy.

26      Respectfully submitted,

27      Date: March 4, 2024                              */s/ Xingfei Luo*

28

1

**CERTIFICATE OF SERVICE**

I declare that I electronically filed the forgoing with the United States District Court, Central District of California. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

In addition, I electronically served the forgoing to the following email address:

michael.butera@doj.ca.gov

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

Executed on March 4, 2024

                                        */s/ XINGFEI LUO*

                                        XINGFEI LUO, In Pro Per