JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XINGFEI LUO, | Case No. 8:22-cv-01640-MEMF-KES |
| Petitioner, | |
| v. | **JUDGMENT** |
| THE PEOPLE OF CALIFORNIA, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied with prejudice.

DATED: February 5, 2025

_____
MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE