UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 29 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

XINGFEI LUO,

              Petitioner - Appellant,

  v.

PEOPLE OF CALIFORNIA,

              Respondent - Appellee.

No. 25-930

D.C. No. 8:22-cv-01640-MEMF-KES
Central District of California,
Santa Ana

ORDER

Before:      CALLAHAN and FORREST, Circuit Judges.

The request for a certificate of appealability (Docket Entry No. 4) is denied

because appellant has not shown that "jurists of reason would find it debatable

whether the petition states a valid claim of the denial of a constitutional right and

that jurists of reason would find it debatable whether the district court was correct

in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see also* 28

U.S.C. § 2253(c)(2); *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012); *Miller-El v.

Cockrell*, 537 U.S. 322, 327 (2003).

Any pending motions are denied as moot.

**DENIED.**